**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MANTEUFLE, CHARLES W. JR.<br>MANTEUFEL, CARRIE A.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-11790 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 09/19/06. The Trustee was appointed on 09/19/06. An order for relief under Chapter 7 was entered on 09/19/06.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of 9/4/07 is as follows:

    a. RECEIPTS (See Exhibit C)     $ 18,080.38

    b. DISBURSEMENTS (See Exhibit C)     $ 15.71

    c. NET CASH available for distribution     $ 18,064.67

    d. TRUSTEE/PROFESSIONAL COSTS
      1. Trustee compensation requested (See Exhibit E)     $ 2,558.04
      2. Trustee Expenses (See Exhibit E)     $ 0.00
      3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)     $ 5,919.20
    e. Illinois Income Tax for Estate (See Exhibit G)     $ 0.00

5. The Bar Date for filing unsecured claims expired on 03/16/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims     $ 0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims     $ 8,477.24

    c. Allowed Chapter 11 Administrative Claims     $ 0.00

    d. Allowed priority claims     $ 0.00

    e. Allowed unsecured claims     $ 20,806.58

7. Trustee proposes that unsecured creditors receive a distribution of 46.08% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $5,919.20. The total of Chapter 7 professional fees and expenses requested for final allowance is $8,477.24. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $2,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  9/4/07                                             RESPECTFULLY SUBMITTED,


                                                      By:/s/David E. Grochocinski
                                                         DAVID GROCHOCINSKI, TRUSTEE
                                                         1900 RAVINIA PLACE
                                                        ORLAND PARK, IL  60462
                                                        Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Manteufel, Charles & Carrie

September 04, 2007

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **General administration** | | |
| 10/10/2006 | DEG | Email from Phil Olseon regarding contact information for debtor for viewing of property by real estate broker<br>General administration | 0.20<br>350.00/hr | 70.00 |
| | DEG | Email to debtors' attorney regarding need for broker to see real estate; need contact information<br>General administration | 0.10<br>350.00/hr | 35.00 |
| 11/1/2006 | DEG | Review of schedules in advance of 341 meeting<br>General administration | 0.50<br>350.00/hr | 175.00 |
| 11/13/2006 | DEG | Receipt and review of 2005 federal tax return from debtor's attorney<br>General administration | 0.50<br>350.00/hr | 175.00 |
| 11/14/2006 | DEG | Conduct 341 meeting; continue to December 12, 2006<br>General administration | 0.30<br>350.00/hr | 105.00 |
| 11/16/2006 | DEG | Receipt and review of reaffirmation agreement with Irwin Mortgage Corp.<br>General administration | 0.20<br>350.00/hr | 70.00 |
| 11/17/2006 | DEG | Email from Phil Olson regarding Oklahoma property; offer to pay $18,000 for equity in property<br>General administration | 0.20<br>350.00/hr | 70.00 |
| 11/20/2006 | DEG | Receipt and review of documents from debtor's attorney regarding Oklahoma property<br>General administration | 1.00<br>350.00/hr | 350.00 |
| | DEG | Letter from broker; no equity in property located at 275 N. Fairfield Avenue, Lombard, IL<br>General administration | 0.20<br>350.00/hr | 70.00 |
| | DEG | Email to debtors' attorney; no equity in real estate<br>General administration | 0.10<br>350.00/hr | 35.00 |



EXHIBIT A

Manteufel, Charles & Carrie                                                                                          Page    2

|            |     |                                                                                                                                      | Hrs/Rate        | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------|-----------------|------------|
| 11/30/2006 | DEG | Receipt and review of documents regarding Oklahoma property<br>General administration                                                | 1.00<br>350.00/hr | 350.00   |
| 12/13/2006 | DEG | Prepared initial report of assets; request bar date<br>General administration                                                        | 0.20<br>350.00/hr | 70.00    |
| 2/23/2007  | DEG | Initial review of claim docket<br>General administration                                                                             | 0.80<br>350.00/hr | 280.00   |
| 3/5/2007   | DEG | Letter to Ford Motor Credit with claim withdrawal form<br>General administration                                                     | 0.30<br>350.00/hr | 105.00   |
| 3/6/2007   | DEG | Letter to FMC regarding withdrawal of claims<br>General administration                                                               | 0.60<br>350.00/hr | 210.00   |
| 4/20/2007  | DEG | Receipt and review of letter from Phillip Olson regarding secured claim of Ford Motor; statement of sale; debtor surrendered vehicle<br>General administration | 0.20<br>350.00/hr | 70.00    |
| 5/16/2007  | DEG | Letter to accountant with order of consolidation<br>General administration                                                           | 0.10<br>350.00/hr | 35.00    |
| 8/6/2007   | DEG | Prepared letter to accountant with documents regarding basis information on property in Oklahoma<br>General administration           | 0.50<br>350.00/hr | 175.00   |
|            | DEG | Letter to accountant with documents regarding bais information on property<br>General administration                                 | 0.30<br>350.00/hr | 105.00   |
| 8/31/2007  | DEG | Review tax retusns; discuss with accountant<br>General administration                                                                | 1.80<br>350.00/hr | 630.00   |
|            | DEG | Prepared final report<br>General administration                                                                                      | 2.80<br>350.00/hr | 980.00   |
|            |     | SUBTOTAL:                                                                                                                            | [   11.90       | 4,165.00] |
|            |     | For professional services rendered                                                                                                   | 11.90           | $4,165.00 |

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

| | |
|---|---|
| TOTAL RECEIPTS | $            18,080.38 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $                 250.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $            39,235.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06B-11790 JS  
**Case Name:** MANTEUFLE, CHARLES W. JR.  
MANTEUFEL, CARRIE A.  
**Period Ending:** 09/04/07

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 09/19/06 (f)  
**§341(a) Meeting Date:** 11/14/06  
**Claims Bar Date:** 03/16/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RR1 BOX 265, MARIETTA, OK | 316,500.00 | 3,376.38 | | 15,000.00 | FA |
| 2 | 275 N. FAIRFIELD, LOMBARD, IL | 535,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING | 985.00 | 0.00 | | 0.00 | FA |
| 4 | ELECTRONICS | 450.00 | 0.00 | | 0.00 | FA |
| 5 | PERSONAL PROPERTY | 1,050.00 | 0.00 | DA | 0.00 | FA |
| 6 | HOUSEHOLD FURNITURE | 1,300.00 | 0.00 | | 0.00 | FA |
| 7 | BEDROOM SET | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | WEARING APPAREL | 900.00 | 0.00 | | 0.00 | FA |
| 9 | JEWELRY | 3,300.00 | 0.00 | | 0.00 | FA |
| 10 | 2001 FORD TRUCK | 17,310.00 | 0.00 | | 0.00 | FA |
| 11 | YAMAHA ATV | 4,500.00 | 0.00 | | 0.00 | FA |
| 12 | KUBOTA TRACTOR | 25,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2003 FORD EXCURSION SUV | 18,630.00 | 0.00 | | 0.00 | FA |
| 14 | TOOLS | 4,900.00 | 3,400.00 | | 3,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 80.38 | Unknown |
| 15 | Assets Totals (Excluding unknown values) | **$931,825.00** | **$6,776.38** | | **$18,080.38** | **$0.00** |

Printed: 09/04/2007 11:59 AM  V.9.55

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 06B-11790 JS | **Trustee:** | (520067) | DAVID GROCHOCINSKI, TRUSTEE |
|---|---|---|---|---|
| **Case Name:** | MANTEUFLE, CHARLES W. JR. | **Filed (f) or Converted (c):** | 09/19/06 (f) | |
| | MANTEUFEL, CARRIE A. | **§341(a) Meeting Date:** | 11/14/06 | |
| **Period Ending:** | 09/04/07 | **Claims Bar Date:** | 03/16/07 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

    AWAITING COMPLETION OF BAR DATE FOR CLAIMS AND REVIEW OF SAME; TAX RETURNS WILL REQUIRE COMPLETION REGARDING SALE OF REAL ESTATE

**Initial Projected Date Of Final Report (TFR):** June 30, 2008     **Current Projected Date Of Final Report (TFR):** June 30, 2008

Printed: 09/04/2007 11:59 AM     V.9.55

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06B-11790 JS  
**Case Name:** MANTEUFLE, CHARLES W. JR.  
MANTEUFEL, CARRIE A.  
**Taxpayer ID #:** 13-7550188  
**Period Ending:** 09/04/07

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*36-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/06 | | CHARLES & CARRIE MANTEUFEL | SALE OF PROPERTY IN MARRIETTA, OK TO DEBTORS | | 18,000.00 | | 18,000.00 |
| | {1} | | | 15,000.00 | 1149-000 | | 18,000.00 |
| | {14} | | | 3,000.00 | 1129-000 | | 18,000.00 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.39 | | 18,000.39 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.00 | | 18,012.39 |
| 02/12/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #06B-11790, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 15.71 | 17,996.68 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.97 | | 18,005.65 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.61 | | 18,015.26 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.94 | | 18,025.20 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.94 | | 18,035.14 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.30 | | 18,044.44 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.27 | | 18,054.71 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.96 | | 18,064.67 |

**Subtotals:** $18,080.38   $15.71

{} Asset reference(s)

Printed: 09/04/2007 11:59 AM   V.9.55

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06B-11790 JS
**Case Name:** MANTEUFLE, CHARLES W. JR.
MANTEUFEL, CARRIE A.
**Taxpayer ID #:** 13-7550188
**Period Ending:** 09/04/07

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****36-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 18,080.38 | 15.71 | $18,064.67 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 18,080.38 | 15.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,080.38** | **$15.71** | |

{} Asset reference(s)    Printed: 09/04/2007 11:59 AM    V.9.55

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06B-11790 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | MANTEUFLE, CHARLES W. JR. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MANTEUFEL, CARRIE A. | Account: | ***-*****36-66 - Checking Account |
| Taxpayer ID #: | 13-7550188 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/04/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
Net Receipts :      18,080.38
                  ─────────────
Net Estate :        $18,080.38
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****36-65** | 18,080.38 | 15.71 | 18,064.67 |
| **Checking # ***-*****36-66** | 0.00 | 0.00 | 0.00 |
| | $18,080.38 | $15.71 | $18,064.67 |

{} Asset reference(s)                                                                     Printed: 09/04/2007 11:59 AM    V.9.55

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MANTEUFLE, CHARLES W. JR.<br>MANTEUFEL, CARRIE A.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-11790 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 8,477.24 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 9,587.43 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 18,064.67 |

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 8,477.24 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 2,558.04 | 2,558.04 |
| ADMIN2 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,230.00 | 1,230.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 79.20 | 79.20 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 4,610.00 | 4,610.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $  0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $  0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $  0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $  0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |

|  |  |  | TOTAL | $ | 0.00 |
|---|---|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

| | | | |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 20,806.58 | 46.08% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 002 | DISCOVER BANK | 6,133.79 | 2,826.38 |
| 003 | DISCOVER BANK | 6,552.50 | 3,019.32 |
| 004 | WORLD FINANCIAL NETWORK NAT'L BANK | 166.13 | 76.55 |
| 005 | CITIBANK SD NA | 189.11 | 87.14 |
| 006 | CITIBANK SD NA | 746.23 | 343.85 |
| 007 | CITIBANK SD NA | 236.49 | 108.97 |
| 008 | CITIBANK SD NA | 898.54 | 414.04 |
| 009 | DISCOVER BANK | 5,883.79 | 2,711.18 |
| | | TOTAL $ | 9,587.43 |

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

|  |  | TOTAL | $ | 0.00 |
|---|---|---|---|---|
| **17.** | **TYPE OF CLAIMS** |  | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
| §726(a)(5) - Interest |  | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** |  | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL | $ | 0.00 |

| **18.** | **TYPE OF CLAIMS** |  | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §726(a)(6) - Surplus to Debtor |  | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** |  | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| Secured | 001 | FORD MOTOR CREDIT COMPANY<br>DRAWER 55-953<br>P.O. BOX 55000<br>DETROIT, MI  48255- | $ 26,578.33 | Disallowed |

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____                    _____

                                                   DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 79.20 | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 4,610.00 | |
| | | | 4,689.20 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,230.00 | |
| | | | 1,230.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 5,919.20 | $ 5,919.20 |

1