**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MANTEUFLE, CHARLES W. JR.<br>MANTEUFEL, CARRIE A.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06 - 11790 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  DUPAGE COUNTY COURTHOUSE
         505 N. COUNTY FARM ROAD, ROOM 2000
         WHEATON, ILLINOIS 60187

    On:  **October 19, 2007**
    At:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         18,080.38

    b. Disbursements                         $              15.71

    c. Net Cash Available for Distribution   $         18,064.67

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $2,558.04 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,230.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $79.20 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $4,610.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7.  Claims of general unsecured creditors totaling $20,806.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 46.08%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 002 | DISCOVER BANK | $ 6,133.79 | $ 2,826.38 |
| 003 | DISCOVER BANK | $ 6,552.50 | $ 3,019.32 |
| 004 | WORLD FINANCIAL NETWORK NAT'L BANK | $ 166.13 | $ 76.55 |
| 005 | CITIBANK SD NA | $ 189.11 | $ 87.14 |
| 006 | CITIBANK SD NA | $ 746.23 | $ 343.85 |
| 007 | CITIBANK SD NA | $ 236.49 | $ 108.97 |

| 008 | CITIBANK SD NA | $ | 898.54 | $ | 414.04 |
| 009 | DISCOVER BANK | $ | 5,883.79 | $ | 2,711.18 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Books and records of debtor and personal property

Dated: September 14, 2007

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| MANTEUFLE, CHARLES W. JR. | |
| MANTEUFEL, CARRIE A. | CASE NO. 06B-11790 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 2,558.04 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 2,558.04 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 4,610.00 |
| | b. Expenses | $ | 79.20 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 1,230.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

      d. Chapter 11 Expenses                           $_____0.00

3.    Other Professionals

                             TOTAL          $_____5,919.20

     IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200_.

                           ENTERED

                           _____
                           JOHN SQUIRES
                           UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

.790   Doc 56   Filed 09/14/07   Entered 09/16/07 23:36:27   Desc Imaged
                  Certificate of Service   Page 6 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                Page 1 of 1           Date Rcvd: Sep 14, 2007
Case: 06-11790                  Form ID: pdf002            Total Served: 34

The following entities were served by first class mail on Sep 16, 2007.
 db           +Charles W. Manteufel, Jr.,    275 N. Fairfield Ave.,    Lombard, IL 60148-1805
 jdb          +Carrie A. Manteufel,    275 N. Fairfield Ave.,    Lombard, IL 60148-1805
 aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
 aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
 aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
 aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,   Orland Park, IL 60462-3760
 aty          +Phillip A Olson,    Charles P. Pavesich & Associates Ltd,    1011 East Roosevelt Road,
                Lombard, IL 60148-4166
 tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
10921596      +AT Home Professions,    2001 Lowe St.,    Ft. collins, CO 80525-5751
10921597       BP Amoco,    PO Box 689014,    DesMoines, IA 50368-9014
10921598       Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
10921599       Chase,    Wilmington, DE 19850-5298
11165706      +Citibank (South Dakota). N.A.,    DBA: Shell,    4740 121st ST,    Urbandale, Ia 50323-2402
11187690      +Citibank (South Dakota). N.A.,    DBA: ZALES,    PO Box 9025,    Des Moines, IA 50368-9025
11164457      +Citibank (South Dakota). N.A.,    DBA: BP,    4740 121st ST,    Urbandale, Ia 50323-2402
11184626      +Citibank (South Dakota). N.A.,    DBA: Conoco,    4740 121st ST,    Urbandale, Ia 50323-2402
10921589      +Citifinancial,    PO Box 183041,    Columbus, OH 43218-3041
10921601       Dress Barn,    PO Box 182273,    Columbus, OH 43218-2273
10921602      +Exxon Mobil,    PO Box 961064,    El Paso, TX 79996-1064
10944091      +FORD MOTOR CREDIT COMPANY,    DRAWER 55-953,    P.O. BOX 55000,    DETROIT MI 48255-0001
10921590       Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
10921603      +Home Depot,    PO Box 1922,    DesMoines, IA 50368-0001
10921604       MBNA,    PO Box 15026,    Wilmington, DE 19850-5026
10921593       Oak Trust Credit Union,    18450 Summit Avenue,    Oakbrook Terrace, IL  60181
10921605       Phillips 66,    PO Box 689140,    DesMoines, IA 50368-9140
10921606       Shell,    PO Box 689151,    DesMoines, IA 50368-9151
10921594       Washington Mutual Bank,    PO Box 3139,    Milwaukee, WI 53201-3139
11073677      +World Financial Network National Bank,    Dress Barn,    c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10921595       Yamaha Motor Corp.,    PO Box 703,    Wood Dale, IL 60191-0703
10921607       Zales,    PO Box 689182,    DesMoines, IA 50368-9182

The following entities were served by electronic transmission on Sep 15, 2007.
11072495      +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2007 02:46:10
                DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
10921600       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2007 02:46:10       Discover,   PO Box 15192,
                Wilmington, DE 19850-5192
10921591       Fax: 317-577-4435 Sep 15 2007 04:25:02      Irwin Mortgage,    PO Box 6107,
                Indianapolis, IN 46206-6107
10921592      +E-mail/Text: rromine@kubota.com                           Kubota Credit Corp.,
                1175 S. Guild Ave.,    Lodi, CA 95240-3154
10921604       E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 15 2007 02:27:15       MBNA,   PO Box 15026,
                Wilmington, DE 19850-5026
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 16, 2007**                              **Signature:** *Joseph Speetjens*